The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>SKOUNTRIANOS DDS MS D/B/A ORTHODONTIC EXCELLENCE,<br><br>  Defendant.<br><br>SKOUNTRIANOS DDS MS D/B/A ORTHODONTIC EXCELLENCE,<br><br>  Counterclaim Plaintiff,<br><br>v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>  Counterclaim Defendant. | Case No. 3-21-cv-05601-DGE<br><br>**SKOUNTRIANOS DDS MS D/B/A ORTHODONTIC EXCELLENCE'S ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL ANSWER AND COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR: January 6, 2023** |

This matter came before the Court on Skountrianos DDS MS d/b/a Orthodontic Excellence's ("OE") Motion for Leave to File Amended and Supplemental Answer and Counterclaim. The Court having considered:

1. OE's Motion for Leave to File Amended and Supplemental Answer and Counterclaim;

ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED AND SUPPLEMENTAL ANSWER AND
COUNTERCLAIM- 1
Case No. 3-21-cv-05601-DGE

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599
4889-0120-3757.1

2. Declaration of Donald B. Scaramastra in Support of OE's Motion for Leave to File Amended and Supplemental Answer and Counterclaim;

3. American Fire and Casualty Company's Response to OE's Motion for Leave to File Amended and Supplemental Answer and Counterclaim (if any);

4. OE's Reply in Support of Motion for Leave to File Amended and Supplemental Answer and Counterclaim (if any);

It is now therefore ORDERED that Orthodontic Excellence's Motion for Leave to File Amended and Supplemental Answer and Counterclaim is GRANTED as follows:

Orthodontic Excellence shall file its Amended and Supplemental Answer and Counterclaims in accordance with the Local Civil Rules.

DATED this 10th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED AND SUPPLEMENTAL ANSWER AND
COUNTERCLAIM- 2
Case No. 3-21-cv-05601-DGE

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599
4889-0120-3757.1

Presented By:

  */s/ Tristan N. Swanson*
Tristan N. Swanson, WSBA No. 41934
Carolyn A. Mount, WSBA No. 55527
Donald B. Scaramastra, WSBA No. 21416
MILLER NASH LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA  98121
Tel:  (206) 624-8300
Fax:  (206) 340-9599
E-mail:  tristan.swanson@millernash.com
         carolyn.mount@millernash.com
         don.scaramastra@millernash.com

Attorneys for Skountrianos DDS MS d/b/a Orthodontic Excellence

ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED AND SUPPLEMENTAL ANSWER AND
COUNTERCLAIM- 2
Case No. 3-21-cv-05601-DGE

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599
4889-0120-3757.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 22nd day of December, 2022.

                    *s/ Cara Lowrance*
                    Cara Lowrance, Legal Assistant

CERTIFICATE OF SERVICE- 1
Case No. 3-21-cv-05601-DGE

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599
4889-0120-3757.1