THE HON. DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SKOUNTRIANOS DDS MS D/B/A ORTHODONTIC EXCELLENCE,<br><br>Defendant. | No. 3:21-cv-05601-DGE<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTED FOR: 04/04/2023 |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties hereto that all claims in this action shall be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

/ / / / /

/ / / / /

/ / / / /

---

STIPULATED MOTION AND ORDER OF DISMISSAL
(Cause No. 3:21-cv-05601-DGE) – 1
SLE1379.909/4398086X

WILSON SMITH COCHRAN DICKERSON

1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273


Case 3:21-cv-05601-DGE   Document 42   Filed 04/05/23   Page 2 of 4

1

DATED this 4th day of April, 2023.

2

3   <u>s/ Tristan Swanson</u> (per electronic authorization)
Tristan Swanson, WSBA# 41934
4   MILLER NASH LLP
Pier 70, 2801 Alaskan Way, Suite 300
5   Seattle, WA  98121-1128
206-624-8300 T | 206-340-9599 F
6   tristan.swanson@millernash.com
Attorneys for Defendant
7

8

9   <u>s/ Sarah L. Eversole</u>
Sarah L. Eversole WSBA No. 36335
10  WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
11  Seattle, WA  98104
206-623-4100 T | 206-623-9273 F
12  eversole@wscd.com
Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER OF
DISMISSAL
(Cause No. 3:21-cv-05601-DGE) – 2
SLE1379.909/4398086X



1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

**ORDER OF DISMISSAL**

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this 5th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL
(Cause No. 3:21-cv-05601-DGE) – 3
SLE1379.909/4398086X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorneys for Defendant**
Tristan Swanson, WSBA No. 41934
Carolyn Mount, WSBA No. 55527
Miller Nash LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Tristan.swanson@millernash.com
Carolyn.mount@millernash.com

DATED at Seattle, Washington this 4th day of April, 2023.

 _s/ Traci Jay_
Traci Jay

STIPULATED MOTION AND ORDER OF DISMISSAL
(Cause No. 3:21-cv-05601-DGE) – 4
SLE1379.909/4398086X



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273